## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

NICOLETTE CHOLLET-         )
MACLEARY,                  )
                           )
    Plaintiff,          )    Civil Action File No.
vs.                        )    8:18-cv-01044-JSM-TGW
                           )
RENT RECOVERY SOLUTIONS, LLC,   )
                           )
    Defendant.          )
_____ )

### DEFENDANT'S CERTIFICATE OF INTERESTED PERSONS
### AND CORPORATE DISCLOSURE STATEMENT

COMES NOW, the Defendant, Rent Recovery Solutions, LLC, by and through its undersigned counsel, and files this Certificate of Interested Persons and Corporate Disclosure Statement pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and herein states as follows:

I hereby disclose the following pursuant to this Court's interested persons order:

1.    The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action - including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to any party in the case:

Rent Recovery Solutions, LLC

Nicolette Chollet-Macleary

Ronald S. Canter

The Law Office of Ronald S. Canter, LLC

Nick Fowler

Sami Thalji

Scott Stamatakis

Stamatakis+Thalji+Bonanno

2.      The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

None.

3.      The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors committee (or twenty largest unsecured creditors) in bankruptcy cases:

None known.

4.      The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

The Plaintiff is alleged to be a victim of wrongful civil conduct.

5.      I hereby certify I am unaware of any actual or potential conflict of

interest involving the district judge and magistrate judge assigned to this case, and

will immediately notify the Court in writing on learning of any such conflict.

THE LAW OFFICE OF RONALD S. CANTER, LLC

/s/ Ronald S. Canter
Ronald S. Canter, Esquire, PA Bar #94000
200A Monroe Street, Suite 104
Rockville, Maryland 20850
Telephone: (301) 424-7490
Facsimile: (301) 424-7470
E-Mail: rcanter@roncanterllc.com
*Attorney for Defendant Rent Recovery Solutions, LLC*

## **CERTIFICATE OF SERVICE**

The undersigned does hereby certify that a true and correct copy of the foregoing was served upon the individual(s) listed below by Electronic Notification pursuant to ECF procedures on this 31st day of May, 2018 to:

Nick Fowler
Sami Thalji
Scott Stamatakis
Stamatakis+Thalji+Bonanno
P.O. Box 341499
Tampa, Florida 33694
Service@MyInjury.com
*Attorney for Plaintiff*

/s/ Ronald S. Canter
Ronald S. Canter, Esquire
*Attorney for Defendant Financial Asset*
*Management Systems, Inc.*